IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |
|---|---|
| ROBERT CORAL,<br><br>    Petitioner,<br><br>v.<br><br>Donal Campbell, Commissioner,<br>    Alabama Department of<br>    Corrections,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)  No. 2:05cv1112-f<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner Robert Coral respectfully moves this Court pursuant to Title 28 U.S.C. § 1915 for leave to proceed *in forma pauperis* in this action. Mr. Coral is indigent and includes with this motion a certified statement showing his funds at the prison where he is incarcerated. Mr. Coral was declared indigent at trial, on direct appeal and during state postconviction proceedings in the Alabama courts.

WHEREFORE, Mr. Coral respectfully requests that this Court grant his motion to proceed *in forma pauperis*.

Dated: November 18, 2005                         Respectfully Submitted,

/s/ LaJuana Davis
LAJUANA DAVIS (DAV088)
122 Commerce Street
Montgomery, Alabama 36104
Tel:    (334) 269-1803
Fax:    (334) 269-1806
E-mail: ldavis@eji.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document have been sent to counsel for the State of Alabama and the respondent Donal Campbell, Anne Adams, Assistant Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama, 36130, by first-class mail, postage pre-paid, on November 18, 2005.

/s/ LaJuana Davis
LaJuana Davis

## CERTIFICATE

I hereby certify that the attached is a statement of the trust fund account of Robert Coral, AIS# Z-507 for the last six (6) months at the Holman Correctional Facility where he is confined. I further certify that petitioner has no additional funds to his credit according to the records of Holman Correctional Facility.

_11/09/05_
DATE

_Ms Chastain_
AUTHORIZED OFFICER OF INSTITUTION

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

AIS #: 002507        NAME: CORAL, ROBERT LANCE        AS OF: 11/09/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 21 | $130.55 | $20.00 |
| DEC | 31 | $128.46 | $65.00 |
| JAN | 31 | $105.04 | $0.00 |
| FEB | 28 | $42.11 | $20.00 |
| MAR | 31 | $77.32 | $155.00 |
| APR | 30 | $152.88 | $230.00 |
| MAY | 31 | $148.51 | $80.00 |
| JUN | 30 | $25.42 | $100.00 |
| JUL | 31 | $0.73 | $15.00 |
| AUG | 31 | $6.98 | $30.00 |
| SEP | 30 | $8.49 | $15.00 |
| OCT | 31 | $16.58 | $65.00 |
| NOV | 9 | $5.55 | $25.00 |