RECEIVED
NOV 18 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROBERT CORAL, )
 )
Petitioner, )
 )
v. ) No. 2:05cv1112-F
 )
Donal Campbell, Commissioner, )
 Alabama Department of )
 Corrections, )
 )
Respondent. )

### ATTORNEY AFFIDAVIT IN SUPPORT OF
### MOTION TO PROCEED IN FORMA PAUPERIS

I, LaJuana Davis, state the following:

1. I am the attorney for Robert Coral, petitioner in this action. Mr. Coral has had at least two strokes in past twelve months and is unable to sign this affidavit of indigency. Mr. Coral affirmed that he was indigent during state postconviction proceedings and his motion to proceed *in forma pauperis* was granted by the Alabama courts. I have represented Mr. Coral for the past several years, and I feel that I am generally aware of his financial situation. To my knowledge his financial circumstances have not changed since I have been representing him. He is unable to pay fees or costs, or give security for this proceeding.

2. Robert Coral is presently incarcerated at the Holman State Prison, in Escambia County, Alabama, under sentence of death.

3. Mr. Coral is not presently employed and has not been since his capital conviction.

    4.    To my knowledge, Mr. Coral has not received any income in the past twelve months from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends or other source.

    5.    The sum total of Mr. Coral's cash or savings in his prison account is $ .

    6.    To the best of my knowledge, Mr. Coral owns no real estate, stocks, bonds, notes, automobiles, or other valuable property.

    7.    There are no persons who depend on Mr. Coral for support at this time.

I affirm that the statements below relating to Mr. Coral's ability to pay the costs of petitioning this Court are true to the best of my knowledge.

_[signature]_
LaJuana Davis

Subscribed to and sworn to before me this

on November 18, 2005.

_[signature]_
Notary Public

My commission expires on: 5/18/09

2