IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DONAL CAMPBELL, )<br>Commissioner Alabama Department )<br>of Corrections, )<br>)<br>Respondent. ) | CIVIL ACTION NO.2:05cv1112-F |

**O R D E R**

Upon consideration of Petitioner's Motion for Order to Release Medical Records (Doc. # 3), it is

ORDERED that on or before December 14, 2005, the Respondent shall show cause why this motion should not be granted.

Done this 30th day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE