**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Kay P. Hope*   ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

1. Article Addressed to:

   Donal Campbell
   Ala Dept of Corrections
   PO Box 30150
   Montgomery Al 36130-1501
   05cv1112 Showorder

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 6112

95-02-M-1540

2811 February 2004    Domestic Return Receipt