IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, </br></br>　　Petitioner, </br></br>　　v. </br></br>DONAL CAMPBELL, </br>Commissioner Alabama Department </br>of Corrections, </br></br>　　Respondent. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>)　CIVIL ACTION NO.2:05cv1112-F </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

**O R D E R**

On November 23, 2005, petitioner filed a Motion for Leave to Proceed *in Forma Pauperis* (Doc. # 2) which included a declaration in support and copy of his prison account statement. The court concludes after reviewing these documents that petitioner has demonstrated his indigence which entitles him to proceed in this court *in forma pauperis*. However, because petitioner's prison account statement shows that as of November 9, 2005, he had a deposit of $25.00 made into his account the court concludes that petitioner is able and therefore responsible for paying the $5.00 filing fee associated with filing a habeas petition in this court. Accordingly, it is

ORDERED that petitioner's Motion for Leave to Proceed *in Forma Pauperis* (Doc.

# 2) be and hereby is GRANTED. It is further

ORDERED that petitioner shall pay to the Clerk of the Court the $5.00 filing fee.

Done this 6th day of December, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE