# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 2:05-cv-1112-F |
| | ) |
| DONAL CAMPBELL, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Anne C. Adams, and enters her notice of appearance as counsel for the Respondent in the above-styled cause.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL


    /s/  Anne C. Adams
    ANNE C. ADAMS (ADA054)
    ASSISTANT ATTORNEY GENERAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **LaJuana S. Davis**

/s/ Anne C. Adams
ANNE C. ADAMS
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
Alabama State House
11 South Union Street
Montgomery, AL 36130
Office (334) 353-8797
Fax (334) 353-3637
aadams@ago.state.al.us