| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X *Stephen Coo C* ☑ Agent ☐ Addressee

B. Received by ( Printed Name) *Stephen L. Clark*

C. Date of Delivery *12/13/05*

1. Article Addressed to:

Donal Campbell
Alabama Department of Corr
PO Box 301501
Montgomery, AL 36130-1501

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

*OS-1112 DFOrder*

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7004 2510 0001 0150 6129

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540