IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT CORAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.2:05cv1112-F |
| | ) | |
| DONAL CAMPBELL, | ) | |
| Commissioner Alabama Department | ) | |
| of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon consideration of Petitioner's Motion for Order to Release Medical Records (Doc. # 3), it is

ORDERED that this motion be and hereby is GRANTED. Pursuant to Rule 6 of the Rules Governing Section 2254 Cases in United States District Courts, the Department of Corrections is DIRECTED to release petitioner's medical records to petitioner's counsel and to respondent's counsel for the years 2000 to date. It is further

ORDERED that petitioner's counsel shall reimburse the Department of Corrections for the reasonable copying costs and expenses associated with production of one set of records.

Done this 22nd day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE