IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:05cv1112-F |
| ) | |
| DONAL CAMPBELL, ) | |
| Commissioner, Alabama Department ) | |
| Of Corrections, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR ENLARGEMENT OF TIME

On December 9, 2005, this Court entered an order requiring the respondent to file an answer to the petitioner's habeas corpus petition and the tabbed state court record in this Court on or before January 17, 2006. The respondent, for the following reasons, respectfully requests an enlargement of time of (60) days to file an answer and tabbed state court record:

1. Robert Coral is an inmate on Alabama's death row. He has filed a petition pursuant to 28 U.S.C. § 2254 in which he raises (20) primary issues, several of which contain sub-issues.

2. Undersigned counsel is involved in numerous other death penalty cases in state and federal courts with numerous deadlines pending in January and February.

3. The interests of justice and fairness and this Court's judicial function will best be served by granting the requested enlargement. Likewise, the petitioner will not be prejudiced if the request for enlargement is granted.

WHEREFORE, for the foregoing reasons, the respondent respectfully requests an additional (60) days to file an answer to the petitioner's habeas corpus petition and the tabbed state court record in this case. Respondent's filings will be due on March 20, 2006, if the Court grants this motion.

Respectfully submitted,

Troy King
*Attorney General*


/s/ Anne C. Adams
Anne C. Adams   (ADA054)
*Assistant Attorney General*
Counsel of Record*

OF COUNSEL:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 353-8797*
Facsimile:  (334) 353-3637

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **LaJuana Davis**.

/s/  Anne C. Adams
Anne C. Adams
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
Alabama State House
11 South Union Street
Montgomery, AL  36130-0152
(334) 353-8797