IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO.2:05cv1112-F |
| DONAL CAMPBELL, Commissioner Alabama Department of Corrections, | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of Respondent's Motion for Extension of Time to File Record and Answer (Doc. # 14), it is

ORDERED that the Motion be and hereby is GRANTED and the deadline for the respondents to file the Record and Answer is extended from January 17, 2006 to and including March 6, 2006. Consistent with the need to do substantial justice, the court has been and will continue to be responsive to the respondents' concerns which have been expressed generally and in other cases about the length of time for resolution of death penalty cases. Consequently, the court concludes that a sixty (60) day extension of time for filing the Answer and Record in this case is excessive, but grants a forty-five (45) day extension in an

effort to accommodate counsel's schedule. However, counsel in this case should not expect granting extensions to become normative conduct for the court.

Done this 4th day of January, 2006.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE