IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -2  P 2: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ROBERT LANCE CORAL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:05-cv-1112-F |
| DONAL CAMPBELL, | ) |
| Respondent. | ) |

## NOTICE OF MANUAL FILING

Please take notice that Respondent Donal Campbell has manually filed the Indexed Record consisting of 21 volumes. This document has not been filed electronically because the electronic file size of the document exceeds 5 megabytes. A copy of Respondent's Habeas Corpus Checklist is being served upon Attorney for Petitioner, however, the indexed record is not required to be served upon the Petitioner.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

_____
ANNE C. ADAMS (ADA054)
ASSISTANT ATTORNEY GENERAL

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2006, I did serve a copy of the foregoing on counsel for the Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

> LaJuana Davis
> Equal Justice Initiative of Alabama
> 122 Commerce Street
> Montgomery, AL 36104

ANNE C. ADAMS
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
Alabama State House
11 South Union Street
Montgomery, AL 36130
Office (334) 353-8797
Fax (334) 353-3637
aadams@ago.state.al.us

EXHIBITS

TO THIS DOCUMENT

ARE NOT SCANNED.

THEY ARE FILED
IN A Box
IN CONVENTIONAL FORMAT

AND AVAILABLE FOR VIEWING

IN THE CLERK'S OFFICE.