IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -2 P 2: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT LANCE CORAL, )
)
Petitioner, )
)
v. ) Case No. 2:05-cv-1112-F
)
DONAL CAMPBELL, )
)
Respondent. )

## RESPONDENT'S HABEAS CORPUS CHECKLIST

I. General Case Information:

    A. Date of State Court Conviction: _____ September 23, 1989
    B. County of State Court Conviction: _____ Montgomery County
    C. Name of Petitioner's Co-Defendant: _____ N/A
    D. Petition Filed in Federal District Court: _____ November 18, 2005

**Volume 1, State Court – Trial, Reporter's Record pages 1 - 200**

II. Record of State Court Criminal Trial:

    A. Pretrial Proceedings

        1. Clerk's index      Tab #R-1    ( No #)
        2. Reporter's index      Tab #R-2    (TR. 1)
        3. Motions Hearing Aug 18, 1988      Tab #R-3    (TR. 7)
        4. Motions Hearing Oct 27, 1988      Tab #R-4    (TR. 25)
        5. Motions Hearing Mar 21, 1989      Tab #R-5    (TR. 49)
        6. Motions Hearing Mar 22, 1989      Tab #R-6    (TR. 55)
        7. Motions Hearing Mar 31, 1989      Tab #R-7    (TR. 66)
        8. Motions Hearing May 02, 1989      Tab #R-8    (TR. 73)
        9. Motions Hearing May 17, 1989      Tab #R-9    (TR. 97)
        10. Motions Hearing Aug 02, 1989      Tab #R-10    (TR. 112)

11. Motions Hearing Aug 03, 1989   Tab #R-11   (TR. 137)
12. Motions Hearing Aug 07, 1989   Tab #R-12   (TR. 161)

**Volume 2, State Court – Trial, Reporter's Record pages 201 - 400**

13. Motions Hearing Aug 07, 1989 (cont'd)   Tab #R-13   (TR. 209)
14. Motions Hearing Aug 10, 1989   Tab #R-14   (TR. 322)
15. Motions Hearing Sep 08, 1989   Tab #R-15   (TR. 331)
16. Motions Hearing Sep 11, 1989   Tab #R-16   (TR. 363)
17. Motions Hearing Sep 13, 1989   Tab #R-17   (TR. 398)

**Volume 3, State Court – Trial, Reporter's Record pages 401 - 600**

18. Pre-Trial Hearing Sep 18, 1989   Tab #R-18   (TR. 442)

B.   Guilt/Innocence Phase of the Trial Proceedings:

1. Voir Dire   Tab #R-19   (TR. 485)

**Volume 4, State Court – Trial, Reporter's Record pages 601 - 800**

2. State's opening statement   Tab #R-20   (TR. 623)
3. Coral's opening statement   Tab #R-21   (TR. 635)
4. State's case in chief   Tab #R-22   (TR. 645)
5. Defense witness Bailey (out of order)   Tab #R-23   (TR. 748)
6. State's witnesses continue   Tab #R-24   (TR. 790)

**Volume 5, State Court – Trial, Reporter's Record pages 801 - 1000**

**Volume 6, State Court – Trial, Reporter's Record pages 1001 - 1200**

**Volume 7, State Court – Trial, Reporter's Record pages 1201 - 1400**

7. Coral's case in chief   Tab #R-25   (TR. 1239)
8. State's rebuttal witness not allowed   Tab #R-26   (TR. 1369)
9. State's closing argument   Tab #R-27   (TR. 1373)
10. Coral's closing argument   Tab #R-28   (TR. 1387)

**Volume 8, State Court – Trial, Reporter's Record pages 1401 – 1600**

    11. State's rebuttal closing argument    Tab #R-29   (TR. 1423)
    12. Trial judge's instruction to the jury    Tab #R-30   (TR. 1456)
    13. Jury's verdict    Tab #R-31   (TR. 1531)

  C. <u>Sentencing Phase Before the Jury</u>

    1. State's opening statement    Tab #R-32   (TR. 1563)
    2. Coral's opening statement    Tab #R-33   (TR. 1564)
    3. State's witness (none)    Tab #R-34   (TR. 1568)
    4. Coral's witnesses    Tab #R-35   (TR. 1569)

**Volume 9, State Court – Trial, Reporter's Record pages 1601 – 1732 and Clerk's Record pages 1733 - 1800**

    5. State's closing argument    Tab #R-36   (TR. 1651)
    6. Coral's closing argument    Tab #R-37   (TR. 1657)
    7. State's rebuttal closing argument    Tab #R-38   (TR. 1683)
    8. Jury instructions    Tab #R-39   (TR. 1686)
    9. Jury verdict    Tab #R-40   (TR. 1709)

  D. <u>Sentencing Hearing Before the Trial Judge</u>

    1. Sentencing hearing on Oct 20, 1989    Tab #R-41   (TR. 1713)
    2. Pronouncement of sentence    Tab #R-42   (TR. 1731)

  E. <u>Other Proceedings</u>

    1. Arraignment    Tab #R-43   (C. 1733)

**Volume 10, State Court – Trial, Clerk's Record pages 1801 – 1961**

**Volume 11, State Court – Trial, Supplemental Record dated 10/29/90, Clerk's Record 31 pages; 2nd Supplemental Record dated 11/8/90, Clerk's Record 8 pages; 3rd Supplemental Record dated 4/29/91, Clerk's Record 14 pages; and Transcript on Return to Remand dated 08/12/91, Clerk's Record 7 pages.**

    2. Motion Hearing on April 8, 1991    Tab #R-44   (C. 1)

3

**Volume 12, Direct Appeal Briefs**

III.  Direct Appeal - Briefs:

    A.  Alabama Court of Criminal Appeals – Direct Appeal

        1. Coral's brief — Tab #R-45
        2. State's brief — Tab #R-46

**Volume 13, Direct Appeal Briefs**

        3. Coral's reply brief and supplemental brief — Tab #R-47
        4. State's supplemental brief — Tab #R-48
        5. Coral's brief on sentencing order on return to remand — Tab #R-49
        6. Coral's brief on sentencing order on return to remand — Tab #R-50
        7. Coral's application for rehearing and brief in support — Tab #R-51

**Volume 14, Direct Appeal Briefs**

    B.  Alabama Supreme Court – Direct Appeal

        1. Coral's petition for writ of certiorari — Tab #R-52
        2. Coral's brief in support of petition for writ of certiorari — Tab #R-53
        3. State's brief in opposition — Tab #R-54

**Volume 15, Direct Appeal Briefs**

        4. Coral's reply brief — Tab #R-55

    C.    <u>United States Supreme Court – Direct Appeal</u>

1. Coral's petition for certiorari
   and brief in support     Tab <u>#R-56</u>
2. State's brief in opposition     Tab <u>#R-57</u>
3. Coral's reply brief     Tab <u>#R-58</u>

**Volume 16, State Court – Collateral Appeal, Clerk's Record pages 1 - 183**

IV.    <u>Coral's State Post-Conviction Proceedings</u>:

    A.    <u>Rule 32 Trial Court Proceedings:</u>

1. Was there an evidentiary hearing?
   Yes ____ No  X
2. Coral's Rule 32 Petition     Tab <u>#R-59</u>   (C.     5)
3. State's Answer to Rule 32 Petition     Tab <u>#R-60</u>   (C.     40)
4. State's Motion for Partial Dismissal     Tab <u>#R-61</u>   (C.     65)
5. Coral's Response to State's Motion
   for Partial Dismissal     Tab <u>#R-62</u>   (C.     104)
6. Coral's Amended Rule 32 Petition     Tab <u>#R-63</u>   (C.     128)
7. State's Answer to Amended Rule 32
   Petition     Tab <u>#R-64</u>   (C.     146)
8. State's Motion for Partial Dismissal
   Of Coral's Amended Rule 32 Petition     Tab <u>#R-65</u>   (C.     170)

**Volume 17, State Court – Collateral Appeal, Clerk's Record pages 184 - 316**

9. State's Brief on the Merits     Tab <u>#R-66</u>   (C.     184)
10. Coral's 2nd Amended Rule 32 Petition     Tab <u>#R-67</u>   (C.     202)
11. Coral's Response to State's Motion for
    Partial Dismissal, Proposed Order and
    Proposed Memorandum Opinion     Tab <u>#R-68</u>   (C.     221)
12. State's Proposed Memorandum Opinion     Tab <u>#R-69</u>   (C.     240)

**Volume 18, State Court – Collateral Appeal (Supplement), Clerk's Record pages 1 – 9 and Reporter's Record pages 1 - 26**

13. Motions Hearing on April 3, 1996     Tab <u>#R-70</u>   (R.     1)
14. Motions Hearing on July 1, 1996     Tab <u>#R-71</u>   (R.     1)

**Volume 19, State Court – Collateral Appeal Briefs**

V. <u>Coral's Appeal From the Denial of the Rule 32 Petition</u>:

    A. <u>Alabama Court of Criminal Appeals – Rule 32</u>

        1. Coral's brief     Tab <u>#R-72</u>
        2. State's brief     Tab <u>#R-73</u>
        3. Coral's reply brief     Tab <u>#R-74</u>
        4. State's letter brief     Tab <u>#R-75</u>
        5. Coral's rehearing application and brief in support     Tab <u>#R-76</u>

**Volume 20, State Court–Collateral Appeal Briefs**

    B. <u>Alabama Supreme Court – Rule 32</u>

        1. Coral's petition for writ of certiorari     Tab <u>#R-77</u>
        2. Coral's brief in support of petition     Tab <u>#R-78</u>
        3. State's brief in opposition     Tab <u>#R-79</u>

**Volume 21, Opinions**

VI. <u>Trial Court Final Orders and Appellate Court Opinions (Listed in Chronological Order)</u>

        1. Sentencing Order     Tab <u>#R-80</u>
        2. <u>Coral v. State</u>, 585 So. 2d 248 (Ala. Crim. App. May 31, 1991)     Tab <u>#R-81</u>
        3. Opinion after remand <u>Coral v. State</u>, 628 So. 2d 954 (Ala. Crim. App. Mar 27, 1992)     Tab <u>#R-82</u>
        4. Opinion after remand <u>Coral v. State</u>, 628 So. 2d 988 (Ala. Crim. App. Aug 21, 1992) rehearing denied (Ala. Crim. App. Nov 25, 1992)     Tab <u>#R-83</u>

5. <u>Ex parte Coral</u>, 628 So. 2d 1004
   (Ala. Aug 27, 1993)                                Tab <u>#R-84</u>
6. <u>Coral v. Alabama</u>, 511 U.S. 1012,
   114 S.Ct. 1387, 128 L.Ed.2d 61
   (U.S. Ala. Mar 28, 1994)                           Tab <u>#R-85</u>
7. Trial Court's Order Denying
   Rule 32 Petition dated Sep 28, 2001                Tab <u>#R-86</u>
8. <u>Coral v. State</u>, 900 So. 2d 1274
   (Ala. Crim. App. May 28, 2004)
   rehearing denied (Ala. Crim. App.
   Aug 13, 2004)                                      Tab <u>#R-87</u>
9. <u>Ex parte Coral</u>, cert denied, no
   opinion (Ala. Nov 19, 2004)                        Tab <u>#R-88</u>

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

*/s/ Anne C. Adams*

ANNE C. ADAMS (ADA054)
ASSISTANT ATTORNEY GENERAL

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2006, I did serve a copy of the foregoing on counsel for the Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

> LaJuana Davis
> Equal Justice Initiative of Alabama
> 122 Commerce Street
> Montgomery, AL  36104

/s/ Anne C. Adams
ANNE C. ADAMS
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
Alabama State House
11 South Union Street
Montgomery, AL  36130
Office (334) 353-8797
Fax (334) 353-3637
aadams@ago.state.al.us

8