# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 2:05-cv-1112-F |
| | ) |
| RICHARD F. ALLEN, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Beth Jackson Hughes, and enters her notice of appearance as counsel for the Respondent in the above-styled cause.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/  Beth Jackson Hughes
BETH JACKSON HUGHES (HUG036)
ASSISTANT ATTORNEY GENERAL

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **LaJuana S. Davis**

/s/ Beth Jackson Hughes
BETH JACKSON HUGHES
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
Alabama State House
11 South Union Street
Montgomery, AL  36130
Office (334) 242-7392
Fax (334) 353-3637
bhughes@ago.state.al.us