IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO.2:05cv1112-F |
| DONAL CAMPBELL,<br>Commissioner Alabama Department<br>of Corrections, | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of Respondent's Motion for Leave to File Amended Answer (Doc. #22) filed April 4, 2006, it is

ORDERED that the motion be and hereby is GRANTED.

Done this 5th day of April, 2006.

           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE