IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) |
| Petitioner, | ) |
| v. | ) No. 2:05-cv-1112-MEF |
| RICHARD ALLEN, Commissioner, Alabama Department of Corrections, *et al.*, | ) |
| Respondents. | ) |

**MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

Counsel for Petitioner Robert Coral respectfully requests a continuance of the April 18, 2006 scheduling conference in this case. In support of this motion, petitioner submits the following:

1. Counsel's mother will undergo urgent surgery on April 13, 2006 in Atlanta. Undersigned counsel has just been informed that her mother is expected to be in the hospital for several days. Undersigned counsel would like to stay a few days after the surgery to assist while her mother is recuperating.

2. Counsel apologizes to the Court and the parties for any inconvenience caused by this request. This surgery is urgent and non-elective and the length of the hospital stay was only recently determined by the surgeon.

WHEREFORE, petitioner respectfully requests that this Court grant Petitioner's motion for a continuance of the April 18, 2006 scheduling conference.

Date: April 12, 2006                                 Respectfully submitted,

                                                     /s/ LaJuana Davis
                                                     LaJuana Davis
                                                     122 Commerce Street
                                                     Montgomery, AL  36104
                                                     Tel: 334- 269-1803
                                                     Fax: 334-269-1806
                                                     E-mail: ldavis@eji.org

                                                     *Counsel for the Petitioner Robert Coral*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on April 12, 2006, using the CM/ECF system and that service will be perfected upon counsel for the Respondents, Assistant Attorney General Beth Jackson Hughes, at her listed e-mail address.

                                                     Respectfully submitted,

                                                     /s/ LaJuana Davis
                                                     LaJuana Davis