IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO.2:05cv1112-MEF |
| DONAL CAMPBELL,<br>Commissioner Alabama Department<br>of Corrections, | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of Petitioner's Motion to Continue Scheduling/Case Management Conference (Doc. # 25), it is

ORDERED that the Motion be and hereby is GRANTED and that the Scheduling/Case Management Conference previously set for April 18, 2006 be and hereby is RESET to Thursday, May 11, 2006 at 10:00 am before Chief United States Magistrate Judge Charles Coody in Courtroom 4-B, United States Courthouse Complex, One Church Street Montgomery, Alabama.

Done this 14th day of April, 2006.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE