# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 5/11/06 | AT | 10:04 A.M. - 10:11 A.M. |
| DATE COMPLETED: 5/11/06 | AT | FTR RECORDING |

ROBERT CORAL

    Plaintiff

vs.     CASE NO. 2:05CV1112-MEF-CSC

RICHARD F. ALLEN

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. LaJuana Davis | | Atty. Beth Jackson Hughes |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CINDY TOLBERT

---

( X ) OTHER PROCEEDINGS:     ***SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Scheduling/Case Management conf - 05cv1112-MEF-CSC ||
| **Date** | 5/11/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:04:21 AM | Court | Court convenes ; parteis present as noted; Discussions of the issues stated in Joint Report; Discussions of issues found by the State Court. and Atty. Davis' request for evidentiary hearing; |
| 10:05:30 AM | Atty. Davis | Response regarding need for evidentiary hearing; |
| 10:06:25 AM | Court | Addresses the issue that if counsel was prevented from getting a evidentiary hearing on issues in State court; |
| 10:07:47 AM | Atty. Davis | Response; |
| 10:08:00 AM | Court | Don't see a need to go through the Joint Report line by line; Discussions regarding discovery; |
| 10:08:27 AM | Atty. Davis | Very short time needed for discovery , a month or 45 days; |
| 10:09:09 AM | Court | Have no filed a motion for discovery, can you have it done by next Monday? |
| 10:09:20 AM | Atty. Davis | Yes; |
| 10:09:28 AM | Atty. Hughes | Response; a week would be sufficient; |
| 10:09:46 AM | Court | Will resolve those quickly; Will enter a standard order ; |
| 10:11:30 AM | Court | Scheduling conference ends; Atty. Hughes excused from the courtroom; Court continues with Atty. Davis regarding the litigation budget ex parte. |