IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) |
| Petitioner, | ) |
| v. | ) No. 2:05cv1112-MEF |
| RICHARD ALLEN, Commissioner, Alabama Department of Corrections, *et al.*, | ) |
| Respondents. | ) |

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 21 U.S.C. § 848(q), undersigned counsel LaJuana Davis respectfully moves this Court to appoint her as counsel for the Petitioner, Robert Coral, in this action.

1. This action involves a petition for writ of habeas corpus, under 28 U.S.C.A. § 2254, in which Mr. Coral challenges his capital murder conviction and death sentence. He is presently an inmate at Holman Prison in Atmore, Alabama. He is indigent and, accordingly, this Court has previously granted his *Motion to Proceed In Forma Pauperis*. *See* Order, Doc. 6 (filed Dec. 6, 2005).

2. Under 21 U.S.C. § 848(q), this Court may appoint counsel when necessary to an indigent prisoner under sentence of death seeking habeas corpus relief under 28 U.S.C. § 2254.

3. Undersigned counsel assisted Mr. Coral in state court and in filing his petition

for writ of habeas corpus.

4.     Undersigned counsel is a member of the state bar of Alabama, and of the bars of the United States Supreme Court, the Eleventh Circuit Court of Appeals, and the United States District Courts for the Middle, Northern and Southern districts of Alabama. I have experience in capital litigation cases and will zealously represent Mr. Coral.

Accordingly, for these reasons, undersigned counsel respectfully requests that this Court appoint her to represent Mr. Coral in this action.

Respectfully submitted,

/s/ LaJuana Davis
LaJuana Davis (DAV088)
ASB-0629-D43L
122 Commerce Street
Montgomery, AL  36104
334-269-1803
ldavis@eji.org

*Counsel for Robert Coral*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on May 12, 2006, using the CM/ECF system and that service will be perfected upon counsel for the Respondents, Assistant Attorney General Beth Jackson Hughes, at her listed e-mail address.

/s/ LaJuana Davis
LaJuana Davis

2