IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO.2:05cv1112-MEF |
| RICHARD ALLEN, Commissioner Alabama Department of Corrections, | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of Petitioner's Motion to Authorize Discovery (Doc. # 30) filed May 12, 2006 and Respondent's Response to Coral's Motion for Discovery (Doc. # 31) filed May 19, 2006, it is

ORDERED that on or before Tuesday, May 30, 2006 Petitioner shall file a Reply to the Respondents' Response to his Motion for Discovery. It is further

ORDERED that this Motion be and hereby is SET for oral argument before this court on June 7, 2006 at 10:00 a.m. in Courtroom 4-B United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 24th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE