# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 6/7/06 | AT | 10:01 a.m. to 10:06 a.m. |
| DATE COMPLETED: 6/7/06 | AT | FTR RECORDING |

ROBERT CORAL

    Plaintiff

vs.   CASE NO. 2:05CV1112-MEF-CSC

RICHARD F. ALLEN

    Defendant

---

**PLAINTIFF**      **APPEARANCES:**      **DEFENDANT**

Atty. LaJuana Davis        Atty. Beth Jackson Hughes

---

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON        LAW CLERK: CINDY TOLBERT

---

( X ) OTHER PROCEEDINGS:  ***ORAL ARGUMENTS RE: MOTION FOR DISCOVERY***

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | Oral Argment: 2:05cv1112-MEF-CSC | |
| **Date** 6 / 7 /2006 | **Location** Courtroom 4B | |
| **Time** | **Speaker** | **Note** |
| 10:01:21 AM | Court | Court convenes; parties present; Discussions as to the petition to conduct discovery; Three claims appear to be procedurally defaulted; Questions as to why should the court allow discovery on a faulty claim; |
| 10:02:12 AM | Atty. Davis | Response; |
| 10:02:23 AM | Court | Discussion as to the more efficient way to proceed; |
| 10:02:31 AM | Atty. Davis | The petitioners saids the claims are not prejudicial; |
| 10:02:38 AM | Court | Response; |
| 10:03:08 AM | Atty. Davis | Would agree to briefing and development of argument; |
| 10:03:18 AM | Court | Thinks the court should deny the motion without prejudice and state in the order that at the point in which the court determines any of the claims are non defaulted then the petitioner has the right to seek discovery at that point ; Question/Discussion as to whether claim was adequately plead to in State Court; |
| 10:06:14 AM | Court | Court is recessed. |