IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT CORAL, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:05-cv-1112-MEF |
| RICHARD ALLEN, Commissioner, Alabama Department of Corrections, *et al.*, | ) | |
| Respondents. | ) | |

## **MOTION FOR 14-DAY ENLARGEMENT OF TIME**

Counsel for the petitioner Robert Coral, respectfully requests a fourteen (14) day enlargement of time in order to file Mr. Coral's reply brief in support of his merit claims. Mr. Coral's reply brief is currently due on September 27, 2006. If a time extension is granted, Mr. Coral's reply brief would be due on October 11, 2006. In support of this motion, undersigned counsel submits the following:

1. Mr. Coral's reply brief will address the respondents' arguments regarding the merits and procedure. The respondents have submitted a brief of over 100 pages. Counsel believes that she will need some additional time to address the arguments raised by the Respondents.

2. Undersigned counsel also has another extensive brief due in a death penalty case which has required some attention.

3. Counsel would not anticipate needing any additional time beyond the requested extension. Counsel does not anticipate any prejudice to the respondents if the

request for an enlargement is granted and believes that the interests of justice and this Court's function will not be harmed by granting the requested enlargement.

Wherefore, the petitioner respectfully requests an additional fourteen (14) days to file his reply brief to the respondents' brief filed on September 13, 2006. If this motion is granted, counsel estimates that Mr. Coral's reply brief will be due on October 11, 2006.

Date: September 21, 2006					Respectfully Submitted,


/s/ LaJuana Davis
LaJuana Davis (DAV088)
122 Commerce Street
Montgomery, AL  36104
Tel: 334- 269-1803
Fax: 334-269-1806
E-mail: ldavis@eji.org

*Counsel for the petitioner Robert Coral*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of Court for the Middle District of Alabama using the CM/ECF system which will send notification and a copy of this filing to counsel for the respondents.

/s/ LaJuana Davis
LaJuana Davis (DAV088)
122 Commerce Street
Montgomery, AL  36104
Tel: 334- 269-1803
Fax: 334-269-1806
E-mail: ldavis@eji.org

*Counsel for the petitioner Robert Coral*