IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CORAL, | ) ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO.2:05cv1112-F ) |
| RICHARD ALLEN,<br>Commissioner Alabama Department<br>of Corrections, | ) ) ) ) ) |
| Respondent. | ) ) |

**O R D E R**

Upon consideration of Petitioner's Motion for Enlargement of time to file reply brief (Doc. # 43), and for good cause shown, it is

ORDERED that the Motion be and hereby is GRANTED to and including October 11, 2006.

Done this 27th day of September, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE